UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x
JEREMY F. DELUCA,                                         :

                Plaintiff,                        :       08 Civ. 1699 (PKL)

          - against -                                  :

ACCESS IT GROUP, INC.,                                    :

                Defendant.                        :

-----------------------------------------------------------x

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Pursuant to Fed. R. Civ. P. 7.1, defendant AccessIT Group, Inc. ("AccessIT") states that it has no parent corporations, and no publicly held corporation owns 10% or more of the stock of AccessIT.

Dated: New York, New York
       May 30, 2008

                                             WOLFBLOCK LLP

                                             By: _____
                                                 Jennifer F. Beltrami (jbeltrami@wolfblock.com)
                                                 James L. Simpson (jsimpson@wolfblock.com)
                                           250 Park Avenue
                                           New York, New York 10177
                                           (212) 986-1116

                                           Attorneys for Defendant

NYC:767140.1