UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
JEREMY F. DELUCA,                                :

                Plaintiff,             :         08 Civ. 1699 (PKL)

        - against -                      :
                                          **NOTICE OF MOTION TO**
ACCESS IT GROUP, INC.,                      :         **DISMISS COMPLAINT**

                Defendant.           :

------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the declaration of David B. Hark, dated May 29, 2008, and the accompanying brief, defendant AccessIT Group, Inc. will move this Court, on June 23, 2008, at 10:00 a.m., at the Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York, for an Order: a) pursuant Federal Rule of Civil Procedure 12(b)(6), dismissing plaintiff's claim for double damages pursuant to the New York Labor Law; b) pursuant to Fed. R. Civ. P. 12(b)(5), dismissing the complaint for insufficient service of process; and c) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any papers in opposition to this motion must be served on the undersigned on or before June 13, 2008.

Dated: New York, New York
        May 30, 2008

                                      WOLFBLOCK LLP

                                      By:  /s/
                                            Jennifer F. Beltrami (jbeltrami@wolfblock.com)
                                            James L. Simpson (jsimpson@wolfblock.com)
                                      Attorneys for Defendant
                                      250 Park Avenue
                                      New York, New York 10177
                                      Direct Dial: (212) 883-4995

NYC:765893.1

- 2 -

TO:   Robert C. Sheps, Esq.
       SHEPS LAW GROUP, P.C.
       35 Pinelawn Road, Suite 106 East
       Melville, New York 11747
       (631) 249-5600
       Attorneys for Plaintiff