UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **JEFFREY F. DELUCA** | | **ACCESS IT GROUP** |
| Plaintiff (Petitioner) | vs. | Defendant (Respondent) |

**CASE and/or DOCKET:** 08-CV-1699

I, _Eric Afflerbach_ declare that I am a Pennsylvania State Constable and/or Process Server, in and for the County of Berks, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected. I was authorized by law to perform the said service.

**SERVICE UPON:** ACCESS IT GROUP

**ADDRESS:** 2000 VALLEY FORGE CIRCLE SUITE 106 KING OF PRUSSIA, PA 19406

On: _3/4/08_  At: _930 AM_

Description: Approximate Age _45_ Height _5'10"_ Weight _200_ Race _W_ Sex _M_ Hair _Brown_

With Documents: **NOTICE OF SHERIFF'S SALE OF REAL PROPERTY**

Manner of Service
By handing to:
☐ DEFENDANT(S) PERSONALLY SERVED
☐ ADULT FAMILY MEMBER WITH WHOM THE SAID DEFENDANT(S) RESIDE.
☐ NAME: _____ RELATIONSHIP: _____
☐ ADULT IN CHARGE OF DEFENDANTS RESIDENCE.
☐ NAME: _____ RELATIONSHIP: _____
☐ POSTED PROPERTY
☒ AGENT OR PERSON IN CHARGE OF PLACE OF BUSINESS.
☐ NAME: _David Hark_ TITLE: _President_
☐ MILITARY STATUS: NO / YES BRANCH: _____

**COMMENTS:**

DEFENDANT WAS NOT SERVED BECAUSE:
___ MOVED ___ UNKNOWN ___ NO ANSWER ___ VACANT ___ OTHER: _____

SERVICE WAS ATTEMPTED ON THE FOLLOWING DATES/TIMES:
1.) _____ 2.) _____ 3.) _____

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _4_ DAY OF
_March_, 2008

NOTARY

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TERESA A. MINZOLA, Notary Public
Washington Twp., Berks County
My Commission Expires December 5, 2009

CONSTABLE/PROCESS SERVER
7102

A49122