

# SHEPS LAW GROUP
*Attorneys at Law*

35 Pinelawn Road • Suite 106 East • Melville, New York 11747
ph: (631) 249-5600 • fax: (631) 249-5613

July 2, 2008

**VIA ECF**
Honorable Peter K. Leisure
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

        Re:    Jeffrey F. Deluca v. Access IT Group
               Civil Docket No.: 08-cv-1699 (PKL)
               Sheps File No.:      7102

Dear Honorable Sir:

      The undersigned represents the interests of the Plaintiff, Mr. Jeffrey F. Deluca, in the above referenced action.

      There is a motion to dismiss filed by the Defendant pending before your Honor returnable today, July 2nd, 2008. To that effect, our office kindly requests an adjournment of one day to file its opposition. Our office called and left a voicemail with Ms. Chan requesting a one-day extension as per your Honor's local rules. We also write to your Honor's attention to request an adjournment of one-day, graciously consented to by the defendant, of the initial agreed upon motion briefing schedule.

      We appreciate your Honor's kind assistance with this very important matter.

      Please do not hesitate to contact this office with any questions or concerns concerning the aforementioned request.

                                  Very Truly Yours,

                                  SHEPS LAW GROUP, P.C.

                                  ROBERT C. SHEPS

MELVILLE • NEW YORK CITY • NEWARK

Cc:

**VIA FACSIMILE (212) 672-1155**
Jennifer Fletcher Beltrami
James L. Simpson
Wolf Block Schorr and Solis-Cohen, LLP(NYC)
250 Park Avenue
New York, NY 10177
*Attorneys for Defendant*