```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JEREMY DELUCA,                        :
                                      :
            Plaintiff,                :     08 Civ. 1699(JSR)
                                      :
        -v-                           :        ORDER
                                      :
ACCESS IT GROUP INC.,                 :
                                      :
            Defendant.                :
------------------------------------- x
JED S. RAKOFF, U.S.D.J.
```

On the in-court representation of counsel that the parties have settled the above-captioned action, see transcript, 2/14/2011, the Court hereby dismisses the complaint with prejudice. Clerk to enter judgment.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 14, 2010